UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MR. 99 & ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, <br><br> Defendant. | CASE NO. 2:19-cv-00485-JLR-BAT <br><br> **ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE** |

The Court has reviewed the parties' Joint Status Report (Dkt. 18) and schedules this case for a two-day jury trial on **October 19, 2020**, **at 1:30 pm**, **in Courtroom 14106**, with the following pretrial schedule:

| **Event** | **Date** |
|---|---|
| Deadline for joining additional parties | **July 19, 2019** |
| Deadline for the amendment of pleadings | **August 16, 2019** |
| Plaintiff's expert disclosures under FRCP 26(a)(2) | **January 6, 2020** |
| Defendant's expert disclosures under FRCP 26(a)(2) | **February 3, 2020** |
| Rebuttal expert disclosures | **February 17, 2020** |
| All motions related to discovery must be filed by (*see* CR7(d)) | **February 24, 2020** |
| Discovery completed by | **March 30, 2020** |
| All dispositive motions must be filed by (*see* CR7(d)) | **April 27, 2020** |

ORDER SETTING TRIAL DATE AND
PRETRIAL SCHEDULE - 1

| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | **September 21, 2020** |
|---|---|
| Agreed CR 16.1 Pretrial Order due | **September 28, 2020** |
| Pretrial conference in Courtroom 14106 to be held at **2:00 pm.** | **October 5, 2020** |
| Trial briefs, proposed voir dire, jury instructions by  Motions in limine raised in trial briefs will not be considered. | **October 15, 2020** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial dates assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk Agalelei Elkington in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**Discovery**

The parties exchanged Fed. R. Civ. P. 26(a) initial disclosures on June 14, 2019. Dkt. 18, p. 3. As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel shall also cooperate in preparing the agreed pretrial order in the format required by CR 16.1, except as ordered below.

**Witness Lists and Exhibits**

The parties shall submit the agreed pretrial order in conformity with CR 16 and CR 16.1. The original and one copy of the trial exhibits are to be delivered to Judge Robart's courtroom

deputy by close of business the Thursday before trial. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with A−1. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

**Settlement and Mediation**

The parties are currently in settlement discussions and will immediately inform the Court if an early resolution is reached. Dkt. 18, p. 4. The parties may revisit the issue if a resolution is not reached and as the case progresses. *Id.* If this case settles, plaintiff's counsel shall notify Agalelei Elkington at (206) 370-8421 or via e-mail at: Agalelei_elkington@ wawd.uscourts.gov, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The Clerk is directed to send copies of this Order to all parties of record.

DATED this 24th day of June, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge